PETER W. GUYON, P. C.
6562 S 1710 E
Salt Lake City, UT 84121
Tel: (801) 322-5555
Email: peter@guyonlaw.com

Attorney for Movants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHATHAN O. HAFEN, in his capacity as Court-appointed Receiver, | MOTION FOR ENTRY OF DEFAULT |
| Plaintiff, | |
| -vs- | Case No. 1-23-cv-00074 |
| PETER W. GUYON, et al., | Judge: Tena Campell |
| Defendants. | Magistrate Judge: Dustin B. Pead |

Peter W. Guyon ("Guyon") and, Peter W. Guyon, P. C. ("Guyon P.C.) (collectively "Movants" or "Defendants") move the court pursuant to Local Rule DUCivR 55-1 and Federal Rule of Civil Procedure 55(a) to enter the default of Plaintiff on DEFENDANTS' FIRST AMENDED COUNTERCLAIMS  filed on October 22, 2024 (Dkt. 49) (the "Amended Counterclaims") and in support state as follows:

1. The Amended Counterclaims were served and filed on October 22, 2024 as Dkt. No 49.

2. The time to respond to the Amended Counterclaims is governed by local rule DUCivR 7-1(D)(ii), Rule 12(a)(1)(B), Federal Rules of Civil Proecdure, which states in pertinent part: "[a] party must serve an answer to a counterclaim . . . within 21 days after being served with the pleading that states the counterclaim . . . "

3. Twenty-one days after service of the Amended Counterclaims was November 6, 2024.; however the parties stipulated that the period for answering the Amended Counterclaims could be expanded to include November 15, 2024 by their Stipulation for Extension of Time to file Responses to [Dkt] 49 to Amended Counterclaim, which stipulation was accepted and ordered by the court in its ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE/REPLY: deadline to file a response to [Dkt] 49 is extended to 11/15/2024.

4. No response was filed by or before November 15, 2024; accordingly, Plaintiff is in default of the Amended Counterclaims.

5. The Amended Counterclaims were served upon Plaintiff through the court's electronic filing service, which serves those registered with the system, including the Receiver and the Receiver's counsel. Such service is authorized by Federal Rules of Civil Procedure 4(e)(1), which provides:

> ". . . an individual . . . may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; . . ."

6. Rule 5(b)(3)(A), Utah Rules of Civil Procedure, provides that

> "A paper is served under this rule by: . . . submitting it for electronic filing, or the court submitting it to the electronic filing service provider, if the person being served has an electronic filing account; . . ."

7. A proposed Order is filed concurrently herewith.

DATED this 18$^h$ day of November, 2024.

                                                    /s/Peter W. Guyon
                                          Peter W. Guyon, Attorney for Movants

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing MOTION FOR ENTRY OF DEFAULT was electronically filed on the date first above written and thereby served upon the following parties identified in the court's CM/ECT system report on the 18th day of November, 2024.:

**Joseph M. R. Covey:** jcovey@parrbrown.com
**Claire McGuire:** cmcguire@parrbrown.com

                              PETER W. GUYON, P.C.

                              /s/Peter W. Guyon
                            Peter W. Guyon, Attorney for Movants