IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JONATHAN O. HAFEN, in his capacity as court-appointed Receiver,<br><br>Plaintiff,<br>v.<br><br>PETER W. GUYON, an individual; PETER W. GUYON PC RETIREMENT PLAN; PETER W. GUYON PC ATTORNEY AT LAW; DR. PETER W. GUYON, JR., an individual; ELISABETH GUYON, an individual; BERT VAN UITERT, an individual; CATHERINE VAN UITERT, an individual; SILVER SPOON DELIVERY; and FLASH 1 TV;<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENTS WITH THE GUYON SETTLING PARTIES**<br><br>Case No. 1:23-cv-00074-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Before the court is a Stipulated Motion to Approve Settlements with the Guyon Settling Parties (the Motion) filed by Jonathan O. Hafen in his capacity as the court-appointed Receiver for the assets of Rust Rare Coin Inc., Gaylen Dean Rust, Denise Gunderson Rust, Joshua Daniel Rust, Aleesha Rust Franklin, R Legacy Racing Inc., R Legacy Entertainment LLC, and R Legacy Investments LLC. Based on the stipulated motion, and for good cause showing,

IT IS HEREBY ORDERED that:

    1.    The Motion (ECF No. 90) is GRANTED.

    2.    The Receiver is authorized to enter into the Settlement Agreements attached as Exhibit A, Exhibit B, and Exhibit C to the Motion.

DATED this 24th day of October, 2025.

BY THE COURT:

_____
Tena Campbell
United States District Judge